```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ROBERT GONZALEZ,

                        Plaintiff,

      -against-

LOCAL 32BJ SEIU, *et al.*,

                       Defendants.
-------------------------------------------------------------x

09 Civ. 8464 (SHS) (RLE)

<u>ORDER</u>

SIDNEY H. STEIN, U.S. District Judge.

      On September 7, 2010 Magistrate Judge Ronald Ellis issued a Report and Recommendation, recommending that the motions by defendants Allied International Union ("AIU") and Local 32BJ SEIU ("Local 32BJ") to dismiss plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) be granted, and that plaintiff's motion to amend the complaint be denied. Although no party has submitted any objections to the report, the Court has an independent duty to review the Report and Recommendation, *see Advance Coating Tech., Inc. v. LEP Chemical, Ltd.* 142 F.R.D. 91, 93 (S.D.N.Y. 1992). After so doing, this Court adopts the Magistrate's Report and Recommendation in its entirety.

      Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Ellis's Report and Recommendation is adopted and defendants' motions to dismiss the complaint against AIU and Local 32BJ (Doc. Nos. 11, 15) are granted, and plaintiff's motion to amend the complaint (Doc. No. 29) is denied.

Dated: New York, New York
        September 28, 2010

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.

1